UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**BANK OF NEW YORK AS TRUSTEE**

v.

**VICTOR AND ENOBASI UKPE**

Civil Action No. __09-CV-1710__

## DISCLOSURE STATEMENT

The undersigned counsel for __PHELAN HALLINAN & SCHMIEG, P.C.__,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

### OR

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

__DASHIKA R. WELLINGTON__
Print Name

__5/12/09__
Date

__WILENTZ GOLDMAN & SPITZER, P.A.__
Name of Firm

__TWO PENN CENTER, SUITE 910__
Address

__PHILADELPHIA, PA 19102__
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)