# EXHIBIT 31

*March 7, 2008 Landsafe Title - Foreclosure Title Search Report*

EXHIBIT





