# EXHIBIT 32

*April 15, 2008 PHS Invoice for County Assignment Recording Costs*

Case 1:09-cv-01710-JHR-JS   Document 31-36   Filed 09/08/2009   Page 1 of 2



```
                       PHELAN HALLINAN and SCHMIEG, P.C.
REMIT PAYMENTS TO:         400 Fellowship Road            Phone: (856) 813-5500
P.O. BOX 58400                  Suite 100                 Fax:   (856) 813-5501
PHILA, PA  19102           Mount Laurel, NJ  08054
                       Federal Tax ID:  22-2878-117                    Page:   1
```

```
    Invoice Date   : 04/15/08
    Invoice Number : F213710
    Invoice By     : JAC  (CHL-2736)
    To             : COUNTRYWIDE HOME LOANS SERVICING, LP (PLANO, TX)
    Attention      : ****************** NEW INVOICE ******************

    Mortgagor(s)   : VICTOR O UKPE / ENOABASI V UKPE
    Premises       : 717 SOUTH 7TH AVENUE

                     GALLOWAY               NJ   08205-3917
    Account #      : 111615840
    Loan Type      : CON
    Docket #       :
    Plaintiff      :
```

Please send our office a check in the amount indicated below in payment of the following fees and costs.

| Date | Foreclosure Costs | Amount |
|---|---|---|
| 03/26/08 | COUNTY ASSIGNMENT RECORDING COST | 50.00 |
| | Total Costs | 50.00 |
| | Total Fees and Costs | 50.00 |

Balance Due                                                   $    50.00

Please see our invoice statement located on the last page regarding the above fees and costs.

IF YOU SHOULD HAVE ANY FURTHER QUESTIONS PLEASE FEEL FREE TO CONTACT JOHN CAPORALE AT 215-241-1714.

Recovery of these items set forth in this invoice are actually incurred. However, for reinstatement or payoff purposes fees and taxable costs are limited by New Jersey court rules and statutes even though the mortgage lender has reasonably incurred such fees, costs, and expenses.