UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-AB3, | : | Hon. Joseph H. Rodriguez |
| | : | Civil Action No. 09-1710 |
| Plaintiff, | | |
| v. | : | ORDER |
| VICTOR AND ENOABASI UKPE, | | |
| Defendants. | : | |
| VICTOR AND ENOABASI UKPE, | | |
| Counterclaimants and Third Party Plaintiffs, | : | |
| v. | | |
| BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-AB3, | : : | |
| Defendant on the Counterclaim, | | |
| AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; MORGAN FUNDING CORPORATION; ROBERT CHILDERS; COUNTRYWIDE HOME LOANS SERVICING LP; PHELAN, HALLINAN & SCHMIEG | : : | |
| Third Party Defendants. | : | |

This matter having come before the Court on motion filed by third party defendants America's Wholesale Lender, Countrywide Home Loans Servicing, LP, and Countrywide Homes Loans, Inc. (collectively referred to herein as the "Countrywide Defendants"), for an Order granting leave to the Countrywide Defendants to file a Sur-Reply Brief in opposition to the pending Motion to Remand; and

The Court having considered the motion papers and finding no opposition thereto, and for good cause shown,

IT IS ORDERED on this 22nd day of September, 2009 that the motion [19] of the Countrywide Defendants for leave to file a Sur-Reply Brief in opposition to the pending Motion to Remand is hereby <u>GRANTED</u>.

      /s/ Joseph H. Rodriguez_____
Honorable Joseph H. Rodriguez, U.S.D.J.